```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 30440
    SHERYL L MARKY
    GEORGE A MARKY                            CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1366    SSN XXX-XX-1790

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/03/2005 and was confirmed 11/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 01/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATL TRUST  CURRENT MORTG         .00            .00           .00
DEUTSCHE BANK NATL TRUST  MORTGAGE ARRE      721.43            .00        721.43
CAPITAL ONE               UNSECURED          979.13            .00        979.13
CAPITAL ONE               UNSECURED         2581.77            .00       2581.77
CAPITAL ONE               UNSECURED         1162.70            .00       1162.70
RESURGENT ACQUISITION LL  UNSECURED          511.31            .00        511.31
ECAST SETTLEMENT CORP     UNSECURED         1829.47            .00       1829.47
PROVIDIAN NATIONAL BANK   UNSECURED         8158.34            .00       8158.34
RESURGENT ACQUISITION LL  UNSECURED         1058.78            .00       1058.78
RUSH NORTH SHORE MEDICAL  UNSECURED        NOT FILED           .00           .00
TIMOTHY C CULBERTSON      DEBTOR ATTY        197.61                       197.61
TOM VAUGHN                TRUSTEE                                        1,035.05
DEBTOR REFUND             REFUND                                           358.19

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 18,593.78

PRIORITY                                              .00
SECURED                                            721.43
UNSECURED                                       16,281.50
ADMINISTRATIVE                                     197.61
TRUSTEE COMPENSATION                             1,035.05
DEBTOR REFUND                                      358.19
                        --------------       --------------
TOTALS                  18,593.78                18,593.78
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 05 B 30440 SHERYL L MARKY & GEORGE A MARKY